UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
RAINFOREST HOLDINGS, LLC,            :
                                     :
                        Plaintiff,   :
     -against-                       :
                                     :         ORDER
RAINFOREST, INC., et al.,            :
                                     :         21 Civ. 555 (GBD)
                        Defendants.  :
                                     :
                                     :
------------------------------------ x

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on April 21, 2021 at 9:30 a.m. is hereby cancelled.

Dated: April 16, 2021
       New York, New York

                                        SO ORDERED.

APR 1 9 2021

                                        *George B. Daniels* (signature)
                                        GEORGE B. DANIELS
                                        UNITED STATES DISTRICT JUDGE