**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

RAINFOREST HOLDINGS, LLC,

       Plaintiff,

 -against-

RAINFOREST, INC., Jack Wu,
Jack Wu, *as Trustee of Kack & Daisy Wu 1999*
*Family Trust*, and Daisy Wu

       Defendants.

------------------------------------- x

ORDER

21 Civ. 555 (GBD)

GEORGE B. DANIELS, District Judge:

 The status conference scheduled for June 16, 2021 is adjourned to July 7, 2021 at 9:45 am.

Dated: June 9, 2021
   New York, New York

            SO ORDERED.

            _____
            GEORGE B. DANIELS
            UNITED STATES DISTRICT JUDGE