

**DORSEY**
always ahead

BRUCE R. EWING
Partner
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

July 6, 2021

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

SO ORDERED

The status conference is adjourned from July 7, 2021 to August 11, 2021 at 9:45 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

    Re:    Rainforest Holdings LLC v. Rainforest Inc., et al.
            Case No. 21-cv-0555 (GBD)

Dear Judge Daniels:

    We are counsel to plaintiff in the above-referenced proceeding and write on behalf of all parties at the suggestion of your Chambers regarding the conference set for tomorrow, July 7, at 9:45 a.m.

    The parties report that they are currently engaged in document discovery and that no disputes have arisen between them to date concerning such discovery. Accordingly, the parties do not believe that it is necessary for tomorrow's conference to proceed and request that it be adjourned.

                        Respectfully Submitted,

                        /s/ Bruce R. Ewing

                        Bruce R. Ewing

BRE/tt

Cc: Evan S. Weintraub, Esq. (via email)