

BRUCE R. EWING
Partner
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

August 2, 2021

**SO ORDERED**

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

The status conference is adjourned from
August 11, 2021 to October 13, 2021 at 9:45 a.m.

AUG 0 9 2021

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re:  Rainforest Holdings LLC v. Rainforest Inc., et al.
     Case No. 21-cv-0555 (GBD)

Dear Judge Daniels:

We are counsel to plaintiff in the above-referenced proceeding and write regarding the conference set for August 11 at 9:45 a.m. in the above-referenced matter.

I will be traveling on August 11 and will not be available that day for this conference. After conferring with counsel for defendant, we are both available on August 26 and therefore respectfully request that the conference be adjourned to that date.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Bruce R. Ewing*

Bruce R. Ewing

BRE/tt

Cc: Evan S. Weintraub, Esq. (via email)