UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

Rainforest Holdings, LLC,
                Plaintiff(s),
    -against-

Rainforest Inc.; Jack Wu; Jack Wu as Trustee of the
Jack & Daisy Wu 1999 Family Trust; Daisy Wu,
                Defendant(s).

------------------------------------------------------------------- X

21CV00555(GBD)
AMENDED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULE

       After consultation with counsel for the parties, the following Amended Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. Except for good cause shown, all **discovery** shall be completed by **December 1, 2021**.

2. **Dispositive motions** are to be served by **January 14, 2022**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

3. A final **pretrial conference** will be held February ~~10~~ 9, 2022 at 9:45 a.m.

4. The **Joint Pretrial Order** shall be filed no later than **February 3, 2022**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

5. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

6. The parties shall be **ready for trial** within 48 hours, notice on **March 8, 2022**. The estimated trial time is three days, and this is a jury trial.

7. ~~The Status Conference set in this matter for October 13, 2021 at 9:45 a.m. shall remain as scheduled~~.

Dated: 10/13/2021
New York, New York

OCT 1 3 2021

SO ORDERED:

George B. Daniels
United States District Judge