

# DORSEY™
### always ahead

BRUCE R. EWING
Partner
(212) 415-9206
FAX (212) 953-7201
ewing.bruce@dorsey.com

November 19, 2021

SO ORDERED

The conference scheduled for December 1, 2021 is adjourned to February 2, 2022 at 9:45 a.m.

/s/ George B. Daniels
GEORGE B. DANIELS

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

NOV 2 9 2021

Re: Rainforest Holdings LLC v. Rainforest Inc., et al.
Case No. 21-cv-0555 (GBD)

Dear Judge Daniels:

We are counsel to plaintiff in the above-referenced proceeding and write at the request of your Chambers regarding the status conference set for December 1, 2021 at 9:45 a.m. The parties agree that this conference should be adjourned.

The parties have nothing to discuss with the Court at this time, but want to advise that settlement discussions are occurring in earnest, and documents have been produced in furtherance of that effort.

We thank the Court for its additional attention to this matter.

Respectfully Submitted,

/s/ Bruce R. Ewing

Bruce R. Ewing

BRE/tt

Cc: Evan S. Weintraub, Esq. (via email)

51 West 52nd Street | New York, NY | 10019-6119 | T 212.415.9200 | F 212.953.7201 | dorsey.com