**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                     :
RAINFOREST HOLDINGS, LLC,                                            :
                                                                     :
                                    Plaintiff,                       :
          -against-                                                  :
                                                                     :          ORDER
RAINFOREST, INC., Jack Wu,                                           :
Jack Wu, *as Trustee of Kack & Daisy Wu 1999*                        :        21 Civ. 555 (GBD)
*Family Trust*, and Daisy Wu                                         :
                                                                     :
                                    Defendants.                      :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

GEORGE B. DANIELS, District Judge:

The parties request to adjourn the conference scheduled for February 9, 2022, (ECF No.

37), is GRANTED.  The conference is adjourned to March 9, 2022 at 9:45 a.m.

Dated: February 8, 2022
       New York, New York

SO ORDERED.

*George B. Daniel*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE