**Evan Weintraub**
*Partner*
212 909-9519 DIR TEL
212 909-9422 DIR FAX
weintraub@wmllp.com



WACHTEL MISSRY
WWW.WMLLP.COM

One Dag Hammarskjold
885 SECOND AVENUE
NEW YORK, NY 10017
212 909-9500
212 371-0320

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 0 2 2022

March 1, 2022

SO ORDERED

VIA ECF
Hon. George B. Daniels
United States District Court
Southern District of New York
U.S. Courthouse
40 Foley Square, Room 1310
New York, New York 10007

The conference scheduled for March 9, 2022 is adjourned to March 23, 2022 at 9:45 a.m.

*George B. Daniels*

MAR 0 2 2022

Re: Rainforest Holdings, LLC v. Rainforest, Inc., et al.
    SDNY Case No. 21-CV-00555

Dear Judge Daniels:

This firm represents Defendants Rainforest, Inc. ("Rainforest"), Jack Wu ("Jack"), Jack Wu as Trustee of the Jack & Daisy Wu 1999 Family Trust (the "Wu Trust") and Daisy Wu ("Daisy") (collectively, "Defendants") in the above-referenced action. We write regarding the status conference scheduled for March 9, 2022 at 9:45 a.m. Because counsel for all parties are not available during that week, we respectfully request that this conference be adjourned for at least two weeks to a date during the week of March 21, 2022 (other than March 24, 2022, when I will be appearing before the New York State Appellate Division, First Department for argument on an appeal).

Since we last wrote the Court, the parties have continued to discuss settlement and have made progress toward an amicable resolution. Both counsel believe that an extension of at least two weeks will hopefully enable the parties to complete discussions on an agreement in principle that will, if successful, obviate the need for further litigation.

We thank the Court for its additional attention to this matter.

Respectfully Submitted,

Evan Weintraub

cc: Bruce R. Ewing, Esq. (via email)