**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RAINFOREST HOLDINGS, LLC,                              :

                      Plaintiff,          :

    -against-                                         :

RAINFOREST, INC., Jack Wu,                             :
Jack Wu, *as Trustee of Kack & Daisy Wu 1999*          :
*Family Trust*, and Daisy Wu                           :

                Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

21 Civ. 555 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    In light of this Court's referral to Magistrate Judge Parker for General Pretrial and

Settlement, all conferences previously scheduled before Judge Daniels are cancelled.

Dated: New York, New York
      March 22, 2022

SO ORDERED.

*George B Daniel*

GEORGE B. DANIELS
United States District Judge