USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAINFOREST HOLDINGS LLC,

         Plaintiff,

-v-

RAINFOREST INC., *et al.*,

         Defendants.
-------------------------------------------------------------X

**ORDER**

21-CV-555 (GBD) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a status conference today, at which it scheduled a settlement conference for **April 21, 2022** at **10:00 a.m.** The Court will issue a separate order to provide more details about the settlement conference.

Additionally, the Court set a fact discovery deadline of **July 25, 2022** in the event the case does not settle. Following the close of fact discovery, the Court will hold a conference by telephone on **July 28, 2022** at **11:00 a.m**. Counsel should contact chambers using the Court's conference line, (877)873-8017 (Access Code: 5277586). At the conference, the Court will discuss the status of the case, including any need for expert discovery, anticipated motion practice before Judge Daniels, and the status of settlement negotiations.

The Clerk is directed to close Docket Number 41 and mark it as "granted."

      **SO ORDERED.**

Dated: April 4, 2022
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

1