UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

RAINFOREST HOLDINGS LLC,

               Plaintiff,

       -against-                        ORDER

RAINFOREST INC., JACK WU, JACK WU AS     21 Civ. 555 (GBD)
TRUSTEE OF THE JACK & DAISY WU 1999
FAMILY TRUST, and DAISY WU,

               Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

      All conferences previously scheduled are adjourned *sine die*.

Dated: May 16, 2022
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE